GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, California 94111
Telephone (415) 551-1500
Facsimile (415) 788-6787

Attorneys for Defendant
KHANH LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KHANH LE, et al.,

        Defendants.
_____/

No. CR 06-0644 CRB (EDL)

STIPULATION AND ORDER
<u>MODIFYING CONDITIONS OF RELEASE</u>

    THE PARTIES HEREBY STIPULATE that following discussions with U.S. Pretrial Services who are in agreement, that the conditions of release shall be modified in the following manner:

    1.  The electronic monitoring of Defendant KHANH LE shall be removed.  USPS

    2.  All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: December 14, 2006        Dated: December 15, 2006

   /s/                /s/ with consent
_____    _____
GAIL SHIFMAN               KIRSTIN AULT
Attorney for Defendant      Assistant U.S. Attorney
KHANH LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

KHANH LE, et al.,

               Defendants.

_____/

No.  CR 06-0644 CRB (EDL)

ORDER MODIFYING CONDITIONS OF RELEASE

    This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

    IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

    1.  The electronic monitoring of Defendant KHANH LE shall be removed.

    2.  All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: December 19, 2006

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

*Elizabeth D. Laporte*

Judge Elizabeth D. Laporte