1  **GAIL SHIFMAN**
   **Attorney at Law**
2  **44 Montgomery Street, Ste. 3850**
   **San Francisco, California 94104**
3  **Telephone (415) 551-1500**
   **Facsimile (415) 551-1502**
4
   **Attorney for Defendant**
5  **KHANH LE**

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                              --o0o--

10 UNITED STATES OF AMERICA,          No. CR 06-0644 CRB

11            Plaintiff,
                                      STIPULATION AND [PROPOSED]
12     vs.                            ORDER RETURNING PASSPORT

13 KHANH LE,

14            Defendant.
   _____/
15

16     Following entry of a plea and sentencing in this matter, the

17 parties stipulate that Khanh Le's passport posted with the Clerk's

18 Office shall be returned.

19 Dated: January 4, 2010              Dated: January 4, 2010

20     /s/                                 /s/

21 _____   _____
   GAIL SHIFMAN                      KIRSTIN AULT
22 Attorney for Defendant            Assistant U.S. Attorney
   KHANH LE
23

24     IT IS SO ORDERED. The Clerk's Office shall return the passport

25 of Khanh Le.

26 Dated: January 05, 2010

27
                                    _____
28                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*