```
 1  GAIL SHIFMAN
    Law Office of Gail Shifman
 2  44 Montgomery Street, Ste. 3850
    San Francisco, California 94104
 3  Telephone (415) 551-1500
    Facsimile (415) 551-1502
 4  Email: gail@shifmangroup.com

 5  Attorneys for Defendant
    KHANH LE
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
                              --o0o--
10
    UNITED STATES OF AMERICA,       No. CR 06-0644 CRB
11
              Plaintiff,
12                                  [PROPOSED] ORDER
         vs.                        EXONERATING PROPERTY BOND
13
    KHANH LE,
14
              Defendant.
15  _____/
```

On October 10, 2006, Mr. Le's wife posted a portion of the equity in her home at 3091 Falls Creek Drive, San Jose, San Jose, California as real property to secure Mr. Le's pre-trial release in the above referenced matter.

On September 3, 2008, Khanh Le was sentenced to 87 months incarceration.  Mr. Le was ordered to surrender on December 1, 2008 to his designated facility where he is now serving his sentence. Therefore, Mr. Le requests that his pre-trial release bond be exonerated and that the Falls Creek Drive property be deeded back to his wife.

Dated: July 6, 2011

```
                              _____
                              GAIL SHIFMAN
                              Attorney for Defendant
                              KHANH LE
```

[~~PROPOSED~~]
**ORDER**

GOOD CAUSE BEING SHOWN the bond in the above referenced matter is exonerated and any real property posted in support of the bond shall be deeded back to the original title holders.

IT IS SO ORDERED.

Dated: July __8__, 2011

_____
CHARLES R. BREYER
United States District Judge

